UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDENTOR GALANG,<br><br>    Petitioner,<br><br>  v.<br><br>A. P. KANE, warden,<br><br>    Respondent.<br>_____/ | No. C 06-3546 MHP (pr)<br><br>**ORDER DISMISSING UNEXHAUSTED CLAIM** |

    In an order filed March 20, 2008, the court required petitioner to elect how he wished to deal with a claim he asserted in his traverse as to which state court remedies had not been exhausted. Petitioner filed a notice in which he informed the court that he chose to dismiss the unexhausted claim and go forward in this action with only the exhausted claims. Accordingly, the unexhausted claim that the parole regulations violated petitioner's right to due process because they were overbroad and vague is DISMISSED. The petition remains under submission and will be decided in due course.

    IT IS SO ORDERED.

DATED: May 8, 2008

                                                                         Marilyn Hall Patel<br>
                                                                         United States District Judge

United States District Court
For the Northern District of California